| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR96-00435 FMC |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 11CR50026-TUC-RCC (BPV) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Elizabeth M. Broderick | Central District of California | Los Angeles |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Dickran Tevrizian | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/23/10 — TO 12/22/13 |

FILED RECEIVED FEB - 8 2011 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY_____ DEPUTY

**OFFENSE**

18 USC 371: Conspiracy, 18 USC 1341: Mail Fraud, 18 USC 471: Falsely making United States Obligations, 18 USC 472, Passing Falsely Made United States Obligations, 18 USC 1956 (a) (1) ( A) (i): Money Laundering, 18 USC 1956 (a) (1) ( B) (I) : Money Laundering.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Central___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Arizona___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 7, 2011
*Date*

*Audrey B. Collins*
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-3-11
*Effective Date*

*United States District Judge*