AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Margaret Broderick<br><br>_Defendant_ | )<br>)  Case No.  11-CR-50026-TUC-RCC<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Margaret Broderick ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Supervised Release Violation

Date: 06/29/2011

_Issuing officer's signature_

City and state:   Tucson, Arizona

George Acuna
_Printed name and title_

### Return

This warrant was received on _(date)_ 6/30/11 , and the person was arrested on _(date)_ 7/1/11
at _(city and state)_ Tucson, AZ .

Date: 7/1/11     Subject arrested by USMS and initialed on 7/1/11 in the District of Arizona.

_Arresting officer's signature_

_Printed name and title_